1 | E. MARTIN ESTRADA
United States Attorney
2 | MACK E. JENKINS
Assistant United States Attorney
3 | Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
4 | Assistant United States Attorney
Major Frauds Section
5 |     1100 United States Courthouse
    312 North Spring Street
6 |     Los Angeles, California 90012
    Telephone: (213) 894-0102
7 |     Facsimile: (213) 894-6269
    E-mail:   andrew.brown@usdoj.gov
8 |
Attorneys for Plaintiff
9 | UNITED STATES OF AMERICA

10 |              UNITED STATES DISTRICT COURT

11 |          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,        No. 2:23-mj-00165-DUTY

13 |         Plaintiff,               STIPULATION TO CONTINUE POST-
                                      INDICTMENT ARRAIGNMENT DATE
14 |         v.
                                      **CURRENT PIA DATE:**    9/27/23
15 | MATTHEW JASON KROTH,             **PROPOSED PIA DATE:**   10/03/23

16 |         Defendant.

17 |

18 |     The United States Attorney's Office, defendant Matthew Jason

19 | Kroft aka "Jason Kroft" aka "Speedy" ("defendant"), and defendant's

20 | counsel hereby stipulate to continue the Post-Indictment Arraignment

21 | in the above-entitled case currently set for 9/27/23 to 10/03/23.

22 | This is based on a scheduling conflict for defendants counsel Daniel

23 | V Behesnilian who has two (2) appearances in the USDC Court before

24 | the Hon Judge Otis Wright for a change of plea at 11 am on the 27th of

25 | September(USA v Rouben Houston (Case# 2:21-CR-00347-ODW) and a

26 | sentencing at 1:30 PM on the same day before the Honorable USDC Judge

27 | Fitzgerald in the case of USA V Iaon Zele (Case#2:23-cr-00123-MWF)

28 |

```
 1
 2
 3   9-20-2023                    /S/
     DATE                         ASSISTANT UNITED STATES ATTORNEY
 4                                Andrew Brown
 5
 6
 7   9-20-2023                    /S/
     DATE                         COUNSEL FOR DEFENDANT
 8                                Daniel V. Behesnilian
 9
10
...
28
```