FILED
CLERK, U.S. DISTRICT COURT
9/20/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CD___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:23-cr-00465-ODW |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1349: Conspiracy to Commit Wire Fraud; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft; 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii): Possession of Methamphetamine with the Intent to Distribute] |
| MATTHEW JASON KROTH, aka "Jason Kroth," aka "Speedy," | |
| Defendant. | |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 1349]

Beginning in or before 2020, and continuing through at least January 24, 2023, in Los Angeles County, within the Central District of California, and elsewhere, defendant MATTHEW JASON KROTH, also known as ("aka") "Jason Kroth," aka "Speedy," conspired with others to commit wire fraud, in violation of Title 18, United States Code, Section 1343.  The object of the conspiracy was carried out, and to be carried out, in substance, as follows:  Defendant KROTH and his co-conspirators would steal

the identities of victims, most of whom were elderly, who owned real property.  Defendant KROTH and his co-conspirators would forge trusts, wills, and power of attorney forms to make it appear as though they were acting on behalf of their victims when, in fact, they were stealing their victims' real estate and savings and investment accounts.  Defendant KROTH and his co-conspirators would dispose of the bodies of deceased victims in order to conceal their deaths and maintain the pretense that the victims were still alive and supported the actions defendant KROTH and his co-conspirators were taking with the victims' assets, including taking possession of those assets.  Defendant KROTH and his co-conspirators used interstate wires to defraud their victims throughout this conspiracy.

COUNT TWO

[18 U.S.C. § 1028A(a)(1)]

Beginning in or before 2020, and continuing through at least January 24, 2023, in Los Angeles County, within the Central District of California, and elsewhere, defendant MATTHEW JASON KROTH, also known as ("aka") "Jason Kroth," aka "Speedy," knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, including the name of victim C.W. on or about January 24, 2023, during and in relation to a felony violation of Title 18, United States Code, Section 1349, Conspiracy to Commit Wire Fraud, as charged in Count One of this Information, knowing that the means of identification belonged to another actual person.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

Beginning on an unknown date, and continuing through at least January 24, 2023, in Los Angeles County, within the Central District of California, and elsewhere, defendant MATTHEW JASON KROTH, also known as ("aka") "Jason Kroth," aka "Speedy," knowingly and intentionally possessed with intent to distribute more than 50 grams, that is, approximately 120 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

ANDREW BROWN
Assistant United States Attorney
Major Frauds Section