**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT
9/20/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ CD _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　PLAINTIFF<br><br>　　v.<br><br>MATTHEW JASON KROTH,<br><br>　　　　　　　　　DEFENDANT(S) | CASE NUMBER<br><br>CR No.　2:23-cr-00465-ODW<br><br>**NOTICE TO COURT OF**<br>**RELATED CRIMINAL CASE**<br><br>(PURSUANT TO GENERAL ORDER 224 AS AMENDED BY GENERAL ORDER 98-04) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>U.S. v. Caroline Herrling</u>, 2:23-cr-00059-MEMF, which:

　__X__　was previously assigned to the Honorable Maame Ewusi-Mensah Frimpong.

　_____　has not been previously assigned.

The above-entitled cases may be related for the following reasons:

　__X__　the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

　_____　the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):  Count one, the wire fraud conspiracy, is identical across the cases.  Count three, possession of methamphetamine with intent to distribute, is not.

Dated: September 20, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Andrew Brown
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney