ANDREW BROWN (Cal. Bar No. 172009)
Assistant United States Attorney
United States Attorney's Office
312 N. Spring St., 11th Floor, Los Angeles, CA 90012
Phone: (213) 894-0102; Email: andrew.brown@usdoj.gov

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:23-CR-00465-MEMF |
| v. | |
| MATTHEW JASON KROTH, | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed  [ ] Lodged: **(List Documents)**

DOCUMENT; GOVERNMET'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT; AND [PROPOSED] ORDER SEALING DOCUMENT

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Electronic versions are not available to filer
[ ] Per Court order dated: _____
[ ] Administrative Record
[ ] Other:

| October 17, 2023 | ANDREW BROWN |
|---|---|
| Date | Attorney Name |
| | UNITED STATES OF AMERICA |
| | Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*