# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: 2:23-cr-00465-MEMF-1      Date: October 26, 2023

Present: The Honorable Maame Ewusi-Mensah Frimpong, ☑ District Judge / ☐ Magistrate Judge

| Damon Berry | Laura Elias | N/A | Andrew Brown |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

**USA v. DEFENDANT(S) PRESENT**

Matthew Jason Kroth
☑ Custody ☐ Bond ☐ O/R

☐ Custody ☐ Bond ☐ O/R

☐ Custody ☐ Bond ☐ O/R

☐ Custody ☐ Bond ☐ O/R

☐ Custody ☐ Bond ☐ O/R

**ATTORNEYS PRESENT FOR DEFENDANTS**

Daniel V. Behesnilian
☐ Appointed ☑ Retained

☐ Appointed ☐ Retained

☐ Appointed ☐ Retained

☐ Appointed ☐ Retained

☐ Appointed ☐ Retained

**PROCEEDINGS:** CHANGE OF PLEA

☑ Defendant moves to change plea to the Information.
☑ Defendant now enters a new and different plea of Guilty to Count(s) one (1) and three (3) of the Information.

☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to 06-07-24 at 10:00 a.m. for sentencing.
☑ The Court vacates the court and/or jury trial date.
☑ The pretrial conference set for 10-19-23 is off calendar as to defendant Matthew Jason Kroth.
☑ Court orders:
The Plea Agreement filed on 10-17-23 is incorporated onto the record of this proceeding. Material witnesses as to this defendant ordered released. If either side has any party who wishes to be heard at the time of sentencing in-person or via Zoom, shall inform the Courtroom Deputy Clerk no later than the Friday before the sentencing date.

☑ Other: No later than fourteen (14) days before the hearing, each party shall submit either a sentencing memorandum or a written notice of intent not to file one.

     : 55

Initials of Deputy Clerk DBE

cc: *Probation Office*