1 | Daniel V. Behesnilian, SBN 75805
  | Law Offices of Daniel V. Behesnilian
2 | 8484 Wilshire Boulevard, Suite 700
  | Beverly Hills, California 90211
3 | Tel: (310) 854-6972
  | Fax: (310) 854-0128
4 | Email:Daniel@dvblaw.net

5 | Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO: 2:23-CR-465-MEMF |
|---|---|
| Plaintiff, | ) |
| vs. | ) NOTIFICATION OF DISQUALIFICATION TO ACT AS ATTORNEY |
| MATTHEW JASON KROTH, aka "Jason Kroth," aka "Speedy," | ) |
| Defendant. | ) |

TO ALL INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, effective February 4, 2024, a 90-day suspension will be placed on involuntary inactive membership status and that Daniel V. Behesnilian will be prohibited from acting as an attorney.

Dated: January 30, 2024

_____
Daniel V. Behesnilian
Attorney for Defendant

-1-
NOTIFICATION OF DISQUALIFICATION TO ACT AS ATTORNEY